■ HENRY JUSZCZAK et al., Respondents, v NOCO MOTOR FUELS, INC., Appellant. [666 NYS2d 88] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment dismissing the complaint. The proof submitted in support of the motion fails to establish as a matter of law that defendant did not have actual or constructive notice of the dangerous condition allegedly existing in the area of the gasoline pumps where plaintiff Henry Juszczak fell (*see, Morgan v Genrich*, 239 AD2d 919; *Panzarella v Multiple Parking Servs.* [appeal No. 1], 238 AD2d 907; *Keeton v Cardinal O'Hara High School*, 233 AD2d 839). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.